# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN LAROCHE,<br><br>Defendant. | Magistrate Case No.: '25 MJ1407<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>18 U.S.C. § 2251(a) – Attempted Production of Images of Minors Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

From between or about July 13, 2023, and continuing up to and including at least October 13, 2023, within the Southern District of California, and elsewhere, defendant JONATHAN LAROCHE, did knowingly attempt to employ, use, persuade, induce, entice, or coerce a minor, to wit, Minor Victim (MV), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct that was to be transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, the production of which involved the use of a minor, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2251(a).

/ /
/ /
/ /
/ /
/ /
/ /

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Bradley Blazer, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. Proc. 4.1 by telephone on this 27th day of March, 2025.

_____
HONORABLE BARBARA L. MAJOR
United States Magistrate Judge

2

STATEMENT OF FACTS

I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and have been so employed since May 2021. I am currently assigned to the Special Agent in Charge San Diego Office, Child Exploitation group within HSI in San Diego, California. Prior to this time, I worked as a United States Border Patrol Agent in San Diego, California for approximately thirteen years. I have a bachelor's degree in criminal justice from the University of Wisconsin-Platteville. I have received training from the Federal Law Enforcement Training Center in the area of child pornography investigations and pedophile behavior. I have assisted in the service of numerous search warrants involving computer/cybercrimes. I received basic training from HSI regarding cybercrime investigations. I have assisted the San Diego Internet Crimes Against Children task force which includes members of the San Diego Police Department, San Diego County Sheriff's Department, U.S. Postal Inspection Service, Federal Bureau of Investigations, Naval Criminal Investigative Service, U.S. Attorney's Office and the San Diego County District Attorney's Office. As an HSI Special Agent assigned to the San Diego Child Exploitation Group, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A.

Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the complaint, it does not set forth each and every fact that I, or others, have learned during the course of this investigation. The facts in this affidavit are also on based information I have received in the course of this investigation, and in conversation with other law enforcement officers.

As will be detailed below, this case involves an investigation into child exploitation on the darknet, and email exchanges that took place between JONATHAN LAROCHE (**LAROCHE**) and others online where in **LAROCHE** claimed he sexually

abused a child known to him and created visual depictions of the child. During the course of the investigation, law enforcement confirmed that from July through October 2023, **LAROCHE** lived at a residence in Spring Valley, in the San Diego area, within the Southern District of California.

## THE DARKNET, IDENTIFICATION OF DARKNET MAIL EXCHANGE, AND SUMMARY OF EMAIL COMMUNICATIONS

Darknet websites are accessible only through networks such as Tor ("The Onion Routing" project) and I2P ("Invisible Internet Project"). Tor browser and Tor-accessible sites are widely used among the darknet users and can be identified by the domain ".onion". Identities and locations of darknet users stay anonymous and cannot be tracked due to the layered encryption system. Due to the high level of encryption, websites are not able to track geolocation and Internet Protocol (IP) of their users, and users are not able to get this information about the host. Communication between darknet users is highly encrypted allowing users to talk, blog, and share files confidentially.

In October 2023, and pursuant to an international investigation, The Netherlands authorities obtained a lawful copy of the Darknet Mail Exchange (DNMX) server. DNMX is a darknet email that provides users with anonymity and allows users to communicate from the Darknet to Clearnet email addresses such as Gmail, Yahoo, Outlook, and others. It also allows users to communicate directly between DNMX email accounts. The seizure of this server by law enforcement appears to be known among some of the darknet community. Several bulletin boards and/or postings on the Darknet advertise DNMX as:

*"DNMX or Dark Net Mail Exchange is a free to use email service that works just like Gmail or yMail. We don't care who you are and will never ask for your information or reveal your identity; this is the dark net after all."*

DNMX was identified to be an email provider where child sex abuse material was being shared and distributed. DNMX has also been identified to be utilized as a

communication platform for other types of crimes involving terrorism and narcotics. The Netherlands authorities provided the email boxes of users engaged in the discussion, possession, and/or distribution of child sex abuse material to Europol for investigative action.

In March 2025, HSI first became aware of a DNMX user only known by their email domain as User-X@dnmx.org[1] (hereinafter referred to as "User-X"). User-X used several different DNMX email accounts to send email communications. User-X's DNMX inbox was identified by The Netherlands authorities as engaging in communications about the sexual abuse of children with various users. Based upon the information provided by The Netherlands authorities in March 2025, HSI identified one of the users as **LAROCHE**, who used email address: jsmithson03110313@proton.me.

The email communications between User-X and **LAROCHE** spanned between July 13 – October 13, 2023, and involved dozens of emails. As will be detailed below, **LAROCHE** claimed he was sexually abusing a nine-year old female (hereinafter referred to as Minor Victim (MV)), recording the abuse, and wanted to meet up with other children for purposes of sex. During the communications, **LAROCHE** reported he lived in the San Diego area. The email communications were initially provided to HSI The Hague for further investigative action. Because of the connection to San Diego, California, HSI The Hague referred the matter to HSI San Diego.

User-X purports themselves as a high-profile modeling agency on the darknet that is responsible for producing child sex abuse material. User-X's business is known as "NEWSTARZ," or "The Community." NEWSTARZ claimed to pay users tens of thousands of dollars in exchange for child sex abuse material, including up to $500,000 for a 12-month contract. **LAROCHE** indicated that he was referred to NEWSTARZ from another user named "Mother2-2Hot." **LAROCHE** told NEWSTARZ that he was

---

[1] The full email domains of User-X are known to law enforcement but removed to protect the ongoing investigation. However, the identity of User-X is not known by law enforcement currently. Accordingly, to protect the confidentiality and integrity of the ongoing investigation involved in this matter, the email domain will be identified herein as User-X.

interested in becoming a member and wanted to produce child sex abuse material with MV.

NEWSTARZ told **LAROCHE** that they offered two different tier membership levels including "Basic Membership Level" and "Elite Membership Level." To become a member, one must send photographs and/or videos of original child erotica material and/or child sex abuse material. These were known as "portfolios." Depending on the sexualized nature of the portfolios, the user would either be granted the "Basic" or the "Elite" membership level.

NEWSTARZ stated they would get "requests" or "contracts" from individuals asking for certain "stories" to be created with children. NEWSTARZ would then solicit these story-board photoshoots from **LAROCHE** and other members for money. The contracts ranged from $7,000 to $50,000 and were often highly sexualized and/or were sexually explicit. In some of the instances, **LAROCHE** indicated to NEWSTARZ that he would create the "portfolio" with the MV and that he would send the photographs / videos. NEWSTARZ provided **LAROCHE** several options to transfer files via the Darknet.

NEWSTARZ stated that the "Elite Membership Level" would grant benefits including sexual access to all models and families at meets, unrestricted access to all content published by all users, and priority on choosing high pay requests / contracts. NEWSTARZ stated that "Basic Membership Level" allowed users to sell their content to other Basic Membership Level members, attend the posted "meets" at their own expense, gave the user access to the "Buyers Lounge" to make requests and pay for content, and that these users had the ability to work their way up the "Membership" ladder.

NEWSTARZ stated that "The Community" meets are arranged by the "studio" and that they book resorts for the weekend and make the guest list full of Elite Level Members and other families of various age who are "working their way up." NEWSTARZ stated that during these meets **LAROCHE** would be able to engage with

other families and make an agreement to have time alone with each respective family's child. NEWSTARZ claimed that "Elite Level" members had priority with the children and that the cost would be covered by the studio. NEWSTARZ boasted that famous people often attended their meetings.

The emails appear to end in the middle of October 2023, which is approximately when the DNMX server was imaged by foreign law enforcement.

## EMAIL COMMUNICATIONS FROM LAROCHE

On July 15, 2023, **LAROCHE** told NEWSTARZ that he had "20 photos done so far" and that he would have it done by the weekend. **LAROCHE** stated that he would upload the files via a Darknet file exchange site. When asked about what photographs he had, **LAROCHE** stated that he had some with natural poses, playful stuff, and several nudes. **LAROCHE** stated that he wanted to get pictures of them naked together and more "explicit stuff."

**LAROCHE** asked NEWSTARZ what the best way was to get MV to "open up to that?" NEWSTARZ then provided **LAROCHE** with several examples of techniques used to make the victim more comfortable with photographing, such as praising them.

NEWSTARZ provided a "request" to **LAROCHE** for a "model" between 7 – 11 years of age for a "role" that was paying $4,000. NEWSTARZ then provided a sexualized story narrative for the photoshoot, which included a request for 35 – 45 photographs. These photographs were to include the model: "socks and panties in bed, cleaning in the shower, spreading out on the couch, and undressing and laying in bed." Over the following days, NEWSTARZ offered multiple sexualized story lines and promised contracts to **LAROCHE**.

In response, **LAROCHE** stated that he had to move carefully with the MV so that she did not tell her mom anything. **LAROCHE** stated that the MV would be traveling out of the country. Upon her return, **LAROCHE** would make photographs that were more "explicit."

On July 18, 2023, **LAROCHE** stated that he was trying to upload approximately 115 pictures to the Darknet file exchange sites but was having technical issues. However, **LAROCHE** later confirmed that he uploaded the files and provided a link to download the content.

NEWSTARZ told **LAROCHE** that he had put together a "really nice portfolio" and asked how he convinced the child to pose "naked." **LAROCHE** explained that the MV was comfortable naked around him as she had been around since she was born.

On July 22, 2023, **LAROCHE** told NEWSTARZ that **LAROCHE** and the MV showered together, that it was a "new experience," but he was unable to get any pictures. **LAROCHE** claimed he got "hard" and that he soaped her hair and body. **LAROCHE** stated that he was able to "touch her vagina a couple times" and that MV had touched his penis.

**LAROCHE** asked NEWSTARZ if he could send a video and if it was acceptable that him and/or his body parts were in the videos. NEWSTARZ stated that it was acceptable that he appeared in any pictures and/or videos with the MV. **LAROCHE** stated that he would be ordering underwear for the MV for the photoshoot. Approximately one hour later, **LAROCHE** stated that he had purchased four pairs of underwear for the MV (blue and yellow) and that two of them were thongs. NEWSTARZ then suggested that **LAROCHE** purchase a skirt from Walmart that was open underneath and specifically recommended a "Rainbeau Moves Girls Sheer Dance Skirt" from Walmart and provided a link as an example. (The Walmart link was still active and an HSI SA confirmed the link displaying a purple skirt made by Rainbeau Moves that was available for sale.)

On July 30, 2023, **LAROCHE** stated that he purchased the "pink skirt" for the victim and that he was going to try to get some "explicit" photographs with him "in it." **LAROCHE** stated that he had tattoos and asked if he could edit out his face and tattoos. NEWSTARZ told **LAROCHE** that they used editing software to remove any

8

identifying information before the "release." **LAROCHE** stated that he would be interested in going to a Phoenix, Arizona for a likeminded meet-up.

On July 31, 2023, **LAROCHE** sent a screenshot of the pink skirt that he purchased for the victim. The screenshot appeared to depict an email from an unknown seller but had a visually unique layout and language. The email was a confirmation that he had ordered a pink "Rainbeau Moves Girl's Rosette" skirt and that FedEx was anticipated to deliver the item on August 3, 2023. **LAROCHE** stated that the MV would return to from her travel a couple days later. **LAROCHE** again stated that he would get as many photographs as possible with the MV that he could obtain in the three days that he would be watching her.

On August 1, 2023, **LAROCHE** again stated that he would attempt to get the photographs with the MV. **LAROCHE** stated that he would get pictures of her in underwear, doing some gymnastics movements in her underwear, and "probably nude." **LAROCHE** added that he would "really try to get some explicit ones" with them together. When asked what type of explicit photographs he was going to make with the child, **LAROCHE** stated that he would be starting with pictures of "her playing with [his] penis" and then "slowly moving up to [him] licking her vagina." **LAROCHE** further explained that if that worked then he would be moving onto like "69" type videos and eventually "full penetration."

On August 2, 2023, **LAROCHE** stated he would be with the MV starting on Sunday night until Tuesday night (August 6 – August 8, 2023). **LAROCHE** stated that the pink skirt he ordered was already delivered and that the underwear was expected to arrive later that afternoon or the following day. **LAROCHE** stated that he would start with the photographs on Monday.

On August 8, 2023, **LAROCHE** reported he had gotten a lot of photographs and videos done. **LAROCHE** stated he uploaded three videos to the Darknet file exchange site and provided the link. **LAROCHE** apologized for not following the "script" provided by NEWSTARZ. Several hours later, NEWSTARZ stated **LAROCHE** did a

"great job with the gymnastics shoot" and that the videos were "short but showed…her fun side and potential." **LAROCHE** then stated she really enjoyed doing gymnastics poses in just her underwear. **LAROCHE** added that he would have her again over the coming weekend (August 12 – 13, 2023).

On August 9, 2023, NEWSTARZ stated they had noticed that some of the photographs had been edited/blurred. NEWSTARZ asked **LAROCHE** if MV had done anything else with his "penis other than hold it like" they had seen in the video. NEWSTARZ claimed they were going to introduce him to a newly joined single mother in California that had an eight-year-old son and 10-year-old daughter. NEWSTARZ explained the single mother's children only had experience with "dildos and vibrators so far."

**LAROCHE** responded by saying he did the editing for "protection" but stated he could stop doing that if needed. **LAROCHE** also stated the MV was now using a "small vibrator" that he had purchased and showed her how to use. **LAROCHE** stated the MV was getting increasingly comfortable with playing with his "penis" and that he had shown her "how to rub it" and use the vibrator on him. In another email, **LAROCHE** stated all he had the MV do in the video was "kinda play with [his] penis and that was it." **LAROCHE** explained he sent the video so that he could show them (NEWSTARZ) how much "progress" they had made.

On August 10, 2023, NEWSTARZ stated they had passed **LAROCHE's** email to the new "Elite Level Member Emily (and her kids)." **LAROCHE** again explained he had access to a nine-year-old (MV) and that he started using a vibrator on the child and that they watch "cp"[2] together.

---

[2] Based on my training and experience and with conversations with others who have experience in investigating child exploitation crimes, I know "CP" is a common acronym that refers to "child pornography."

On August 15, 2023, **LAROCHE** was contacted by a user named "Emily." Emily claimed that she was a single mom in California with two children. Emily was using a DNMX email account.[3]

On August 18, 2023, **LAROCHE** again expressed his interest in meeting other children with some "experience" to NEWSTARZ. Later that day, **LAROCHE** explained to Emily that he shows the MV child pornography videos and pictures. **LAROCHE** provided the example of "girls playing with their dad's penis or jerking them off." **LAROCHE** stated that the MV really likes "vids of girls her age using vibrators" and frequently asks to watch child pornography. **LAROCHE** stated that the MV is now comfortable with him touching her and that he "gently finger[s] her."

On August 20, 2023, **LAROCHE** again told Emily that the MV is comfortable playing with his penis.

On August 21, 2023, **LAROCHE** told Emily that last night he showed the MV how to "stroke [his] penis" but got shy and nervous when he tried to film it. **LAROCHE** again stated that the minor victim had seen plenty of child pornography videos and that she is just a "ongoing work in progress."

On August 22, 2023, **LAROCHE** told Emily that he had filmed the MV using a vibrator, in the shower, and playing with his penis.

On August 23, 2023, **LAROCHE** told NEWSTARZ that he had managed to get a "couple of vids" of the MV and that he would send the link soon.

On August 24, 2023, **LAROCHE** told Emily that he got the pink vibrator from "Amazon." **LAROCHE** told Emily that he has shown the MV how to use the vibrator. **LAROCHE** stated that he was going to buy a larger vibrator called the "Magic Wand." Emily then discussed plans to travel to San Diego to meet with **LAROCHE** for an upcoming event. **LAROCHE** again stated that many of the photographs depicting MV also depicted him in the same photograph.

---

[3] The name of this email account is known to law enforcement but being omitted to protect the ongoing investigation. This user will be referred to as "Emily."

11

On August 25, 2023, **LAROCHE** told Emily that he has produced approximately 100 pictures and a few videos. **LAROCHE** explained that most of the recent images/videos were of the MV "kind of playfully putting her mouth on [his] penis for a couple seconds." **LAROCHE** also explained that he took photographs of them putting whip cream on each other. **LAROCHE** stated that some of the videos depicted the MV "gently stroking [his] penis" and that the MV is "really good at it." **LAROCHE** stated that he will have the MV over the weekend and that he has to take her to Los Angeles to visit family.

On August 28, 2023, **LAROCHE** told Emily that the MV has put his penis in her mouth twice and that the MV would not let him take a picture.

On August 31, 2023, **LAROCHE** told Emily that he had created a five-minute video of the MV playing with his "dick."

On September 1, 2023, **LAROCHE** told Emily that he has "fingered her asshole a couple of times very gently" and that the MV could only fit "about 4 inches of [his] penis in her mouth."

On September 2, 2023, **LAROCHE** told NEWSTARZ that he had some "pics and vids to send" but that the Darknet file transfer sites both appeared to be permanently down. Later that day, NEWSTARZ told **LAROCHE** to upload the files to a different Darknet file transfer site and provided a link.

On September 5, 2023, **LAROCHE** told Emily that the MV has "definitely played with [his] penis a bunch before and shes getting pretty good at it."

On September 21, 2023, **LAROCHE** claimed that he had not watched the MV for approximately two weeks because her grandmother had her and/or her mother had been busy taking the MV places.

On September 25, 2023, after **LAROCHE** appeared to ignore several emails, NEWSTARZ told "Jonathan" that they had known who MV's mother was but that they had no interest in letting MV's mother know what they had. NEWSTARZ told

**LAROCHE** to "reply soon" or that they would contact his family members.[4] **NEWSTARZ** added that they had seen how talented MV is as a gymnast and identified a gymnastics location MV attends. The following day, **LAROCHE** asked NEWSTARZ if they were attempting to blackmail him and that anybody could "track people down on social media." NEWSTARZ went on to explain to **LAROCHE** that they needed to get his "attention" and that they protect their "members." NEWSTARZ again asked **LAROCHE** to finish his "portfolio."

On September 27, 2023, **LAROCHE** told Emily that the "studio" had threatened to tell MV's mom.

On September 28, 2023, NEWSTARZ contacted **LAROCHE** using a different DNMX email address. NEWSTARZ apologized for the threat. In response, **LAROCHE** told NEWSTARZ that he accepted their apology and that he had to be very careful with the MV.

On October 1, 2023, **LAROCHE** again told Emily that he had not seen MV for approximately three weeks and that he used Proton email because he can login directly from his phone. **LAROCHE** told Emily that he deleted the videos of MV for "safety reasons." **LAROCHE** explained that the videos depicted the MV playing with his "penis" and one of them "showering together." **LAROCHE** and Emily then discussed again potentially meeting in San Diego in November 2023.

On October 6, 2023, **LAROCHE** told Emily that he would make more videos with the MV and that he was fairly certain that he would be watching the MV for at least a couple of days.

On October 11, 2023, **LAROCHE** told Emily that he had made a "couple vids yesterday afternoon" and that he would send them to her. Later that day, **LAROCHE** sent Emily six unique links for file transfers. **LAROCHE** explained that the link files

---

[4] The email communications to **LAROCHE** identified the actual names of MV's mother and his family members. Those identities are known to law enforcement and are not being disclosed here because this document will be publicly filed.

13

contained a few videos and pictures as well. Emily responded by saying that she would download the files and share them with her children for viewing.

On October 12, 2023, Emily told **LAROCHE** that she had downloaded the files and was curious about the video that was three seconds long.

On October 13, 2023, Emily thanked **LAROCHE** for uploading the videos. This was the last email communication obtained from **LAROCHE**. None of the links used by **LAROCHE** are active and law enforcement is not in possession of the specific files he uploaded on the darknet.

## IDENTIFICATION OF LAROCHE

During the numerous email exchanges between **LAROCHE**, NEWSTARZ, and Emily, **LAROCHE** provided a significant amount of information about himself and the MV. HSI SAs used the information provided to identify MV and **LAROCHE.**

Open-source internet searches for information related to information provided by **LAROCHE** about MV confirmed her identity, including the specifics of her travel plans referenced above.

**LAROCHE** discussed specific purchases he had made for MV, including a Rainbeau Moves skirt and a "Magic Wand" vibrator from Amazon. For the purchase of the "Rainbeau Moves" skirt, **LAROCHE** provided a screenshot of the purchase to NEWSTARZ. The screenshot appeared to depict an email confirmation from the seller that the package was ready for pickup by FedEx and that the skirt was estimated to be delivered by August 3, 2023. At the bottom of the email was the statement "Please rate your satisfaction with the clarity of commu…" followed by a sliding scale of bubble icons to rate his satisfaction. Based on the formatting of the email, the unique statement at the bottom, and the sliding scale of bubble icons, HSI SA recognized the email as one being sent from Dick's Sporting Goods. A side-by-side of **LAROCHE's** screenshot with an email from Dick's Sporting Goods follows:



According to records obtained from FedEx pursuant to a subpoena, "JOHN LAROCHE" made an order from Dick's Sporting Goods that was shipped on July 29, 2023, and delivered on August 1, 2023, to his residence in Spring Valley. According to records obtained from Dick's Sporting Goods pursuant to a subpoena, "John Laroche" living in Spring Valley, purchased a Rainbeau Moves Girls' Rosette and Ribbons Skirt on July 29, 2023 for a total of $18.29 using a Visa card to be shipped to "John Laroche" at the same address.

According to records obtained from Amazon pursuant to a subpoena, **LAROCHE** ordered multiple items that appeared consistent with the detailed sexual abuse of MV. These items were ordered in **LAROCHE's** name and delivered to his residence in Spring Valley. Specifically, **LAROCHE** ordered a "Magic Wand" vibrator. Specifically, on August 10, 2023, **LAROCHE** ordered a "Magic Wand Massager Plus HV-265 – Plug-in Variable Speed with Flexible Neck and Soft Silicone Head – Personal Massagers for Women, Neck, Hand, Back, Muscle, and Head Massager" that was delivered to his residence in Spring Valley.

Based on the above, there is probable cause to believe that **LAROCHE** attempted to produce visual depictions of MV engaged in sexually explicit conduct. Those visual depictions were intended to be transmitted over the Internet and based on the

communications, were in fact transmitted over the Internet. Though law enforcement is not in possession of the visual depictions of MV, the communications between **LAROCHE** and others provide context that the contents were sexually explicit in nature. The communications also establish that **LAROCHE** used MV for the purpose of creating the visual depictions.

      Based on the totality of the investigation and my training and experience and the training and experience of the other law enforcement agents, I know that the use of the DNMX servers requires the use of the Internet, which is a means and facility of interstate and foreign commerce. I also know that the DNMX server is hosted in The Netherlands, which means the email communications traveled in interstate and foreign commerce.